**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **OEJ Electric, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0125948** |

| 4. | **Debtor's address** | **Principal place of business**<br><br>**17244 South Alderbrooke Way**<br>**Vail, AZ 85641**<br>Number, Street, City, State & ZIP Code<br><br>**Pima**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **OEJ Electric, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **OEJ Electric, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | OEJ Electric, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 6, 2025**
MM / DD / YYYY

**X /s/ OSCAR E JACQUES**
Signature of authorized representative of debtor

**OSCAR E JACQUES**
Printed name

Title

Email Address of debtor

**18. Signature of attorney**

**X /s/ Charles R. Hyde**
Signature of attorney for debtor

Date **July 6, 2025**
MM / DD / YYYY

**Charles R. Hyde 022512**
Printed name

**The Law Offices of C.R. Hyde, PLC**
Firm name

**2810 North Swan Road Suite 150**
**Tucson, AZ 85712**
Number, Street, City, State & ZIP Code

Contact phone **520.270.1110**   Email address **crhyde@oldpueblobankruptcy.com**

**022512 AZ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **OEJ Electric, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Caterpillar Financial Services Corp** 2120 West End Ave Nashville, TN 37203 | | Mini Excavator | | $20,000.00 | $15,000.00 | $5,000.00 |
| **Empire Southwest LLC** 7600 S Nogales Hwy Tucson, AZ 85756 | | heavy equipment lease - revolving line of credit | | | | $12,400.00 |
| **ODK Capital LLC** 4700 W Daybreak Pkwy., Ste 200 South Jordan, UT 84009 | | Loan | | | | $0.00 |
| **Outlet Electrical Supply Inc.** 1258 E Prince Rd Tucson, AZ 85719 | | materials and supplies | | | | $10,127.00 |
| **TLW Construction** c/o Pace Selden Gilman Marks 7901 North 16th Street Suite 200 Phoenix, AZ 85020 | | Judgment | | | | $280,000.00 |
| **UDALL LAW FIRM, LLP** c/o Craig Cline 4801 E Broadway Blvd Suite 400 Tucson, AZ 85711 | | legal fees | | | | $80,473.00 |
| **Wells Fargo Bank, N.A.** MAC F8235-040 PO Box 5129 Sioux Falls, SD 57117-5129 | | Line of Credit | | | | $17,000.00 |

OEJ Electric, LLC -

ARIZONA DEPARTMENT OF REVENUE
2005 N CENTRAL AVE SUITE 100
PHOENIX AZ 85004


CATERPILLAR FINANCIAL SERVICES CORP
2120 WEST END AVE
NASHVILLE TN 37203


EMPIRE SOUTHWEST LLC
7600 S NOGALES HWY
TUCSON AZ 85756


FORD MOTOR CREDIT COMPANY LLC
P.O. BOX 542000
OMAHA NE 68154


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


ODK CAPITAL LLC
4700 W DAYBREAK PKWY., STE 200
SOUTH JORDAN UT 84009


OUTLET ELECTRICAL SUPPLY INC.
1258 E PRINCE RD
TUCSON AZ 85719


QUALITY ELECTRIC DISTRIBUTION
777 EAST MACARTHUR CIRCLE
TUCSON AZ 85714-1690


TLW CONSTRUCTION
C/O PACE SELDEN GILMAN MARKS
7901 NORTH 16TH STREET SUITE 200
PHOENIX AZ 85020


UDALL LAW FIRM, LLP
C/O CRAIG CLINE
4801 E BROADWAY BLVD SUITE 400
TUCSON AZ 85711

OEJ Electric, LLC -


WELLS FARGO BANK, N.A.
MAC F8235-040
PO BOX 5129
SIOUX FALLS SD 57117-5129

In re **OEJ Electric, LLC**                             Case No.
                                    Debtor(s)           Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OEJ Electric, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 6, 2025** | **/s/ Charles R. Hyde** |
| Date | **Charles R. Hyde 022512** |
| | Signature of Attorney or Litigant |
| | Counsel for **OEJ Electric, LLC** |
| | **The Law Offices of C.R. Hyde, PLC** |
| | **2810 North Swan Road Suite 150** |
| | **Tucson, AZ 85712** |
| | **520.270.1110** |
| | **crhyde@oldpueblobankruptcy.com** |